IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JACOB ROBINSON, SR.,

      Plaintiff,

v.                                        Civil Action No. 5:05CV18
                                                     (STAMP)

WILLIE S. McDUFFIE and
BUTLER TRANSPORT, INC.,
a corporation,

      Defendants.

### ORDER VACATING PRETRIAL CONFERENCE AND MEDIATION

On November 6, 2007, this Court received a letter from Rebecca D. Pomeroy of McNeer, Highland, McMunn and Varner, L.C., counsel for the defendants in the above-styled civil action, indicating that the parties in this civil action have reached an agreement to resolve this case in its entirety.[1] This Court has been unable to speak with plaintiff's counsel to confirm the settlement of this civil action. However, based on the representations contained in this letter, it is ORDERED that the pretrial conference and mediation scheduled in this civil action are hereby VACATED.

The trial of this civil action will remain on the Court's calendar pending receipt of the dismissal order in this case.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

---

[1]A copy of Ms. Pomeroy's letter is attached to and made a part of this order.

DATED:     November 8, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE

### McNEER, HIGHLAND, McMUNN AND VARNER, L.C.

400 WEST MAIN STREET, FOURTH FLOOR
P. O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 626-1100
FACSIMILE (304) 623-3035

CLARKSBURG ATTORNEYS
C. DAVID McMUNN
JAMES A. VARNER*
JAMES N. RILEY
JENNID M. SHREVE
GERALDINE S. ROBERTS
TIFFANY R. DUREST
MICHAEL D. CRIM****
DEBRA T. HERRON*
JUDY L. SHANHOLTZ***
REBECCA L. DONNELLAN-POMEROY
SAM H. HARROLD, II
LINDA HAUSMAN
STACY MONDAY SOUTHERN
NATALIE A. GRYAN
JEFFREY D. VAN VOLKENBURG

OF COUNSEL
WILLIAM L. FURY
CATHERINE D. MUNSTER

JAMES E. McNEER
(1924 - 2006)
CECIL B. HIGHLAND, JR.
(1918 - 2002)
J. CECIL JARVIS
(1949 - 2007)

SENIOR LEGAL ASSISTANTS
WILLIE L. KENNEDY
DIANA L. BEDELL

*ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
** ALSO ADMITTED TO PRACTICE IN OHIO
*** CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
**** ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

WRITER'S DIRECT TELEPHONE
(304) 626-1112



WRITER'S E-MAIL ADDRESS
RLDONNELLAN@WVLAWYERS.COM

OTHER LOCATIONS

MARTINSBURG OFFICE
275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-4623

ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-McAULIFFE
ASHLEY R. SHREVE
MELINDA C. DUGAS

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE**
LORA B. JEVARK

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 595
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER*

November 6, 2007

### VIA FACSIMILE ONLY (304) 233-0402

Honorable Frederick P. Stamp, Jr.
United States District Court
Northern District of West Virginia
1125 Chapline Street
P. O. Box 471
Wheeling, WV 26003

> **Re:**  *Jacob M. Robinson, Sr.*
> *v. Willie S. McDuffie, et al.*
> *U.S.D.C., N.D.W.Va. – Wheeling District*
> *Civil Action No. 5:05-CV-18*

Dear Judge Stamp:

      This letter comes to advise the Court that the parties have reached an agreement to resolve this case in its entirety. We are in the process of circulating a settlement agreement and proposed dismissal order. The proposed dismissal order will be submitted to the Court in the very near future for approval and entry. In light of the settlement, we no longer require a pre-trial conference.

      Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Rebecca D. Pomeroy

RDP:mj

cc:   Ronald W. Zavolta, Esquire *(Via Facsimile (304) 233-2089)*
      Amy Pigg Shafer, Esquire *(Via Facsimile (304) 233-6205)*



*The International Society of Primerus Law Firms*